RECEIVED
IN LAKE CHARLES, LA

MAR - 6 2013

TONY R. MOORE, CLERK
BY_____ PAT
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **KENTON DAWN GREEN** #110532 | **CIVIL ACTION NO. 2:12-cv-639** **SECTION P** |
| VS. | **JUDGE PATRICIA MINALDI** |
| **JUDGE MICHAEL CANADAY** | **MAGISTRATE JUDGE KATHLEEN KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 12] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the plaintiff's civil rights complaint be **DISMISSED** in accordance with the provisions of FRCP 41(b) and LR 41.3.

Lake Charles, Louisiana, on this 4 day of March, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE